Sergei Lemberg (*PHV*)
Stephen F Taylor (*PHV*)
LEMBERG LAW LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
T.203-653-2250
F.203-653-3424
Email: slemberg@lemberglaw.com
Email: staylor@lemberglaw.com

Trinette G. Kent (State Bar No. 222020)
LEMBERG LAW, LLC
1333 Stradella Road
Los Angeles, CA 90077
T.480-247-9644
F.480-717-4781
Email: tkent@lemberglaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ronald Munday, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Navy Federal Credit Union,<br><br>Defendant. | CASE NO.: 8:15-cv-01629<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge Josephine L. Staton<br>Motion Date: May 20, 2016<br>Time: 2:30 p.m. |

Plaintiff Ronald Munday ("Plaintiff") and Defendant Navy Federal Credit Union ("Navy Federal" and, with Plaintiff, the "Parties") hereby move for the entry of an Order granting preliminary approval of their class action Settlement Agreement.

The Parties respectfully requests that the Court (i) conditionally certify the Settlement Class for purposes of settlement, (ii) appoint Plaintiff as the Settlement Class Representative; (iii) appoint Sergei Lemberg and Stephen F. Taylor of Lemberg Law, LLC, as Class Counsel; (iv) preliminarily approve the terms of the Settlement Agreement; (v) approve the form, content and method of delivering notice to the Settlement Class as set out in the Settlement Agreement as "the best notice that is practicable under the circumstances" (Fed. R. Civ. P. 23(c)(2)(B)); and (vi) schedule a final approval hearing in accordance with the deadlines proposed in the Settlement Agreement.

In support, Plaintiff submits the accompanying Memorandum of Law in Support of Joint Motion Preliminary Approve Class Action Settlement, the Parties' executed Settlement Agreement and its exhibits (1-5), the Declarations of proposed Class Counsel Sergei Lemberg and Stephen F. Taylor and a declaration from the Settlement Administrator.

For the reasons set forth in the accompanying memorandum, the Parties respectfully request that the Court enter the Preliminary Approval Order in the form agreed to by the Parties as Exhibit 5 to the Settlement Agreement and submitted herewith as Exhibit A to this motion.

Dated: March 25, 2016

| *For the Plaintiff* | *For the Defendant* |
|---|---|
| By: */s/ Sergei Lemberg*<br>Sergei Lemberg (*pro hac vce*)<br>LEMBERG LAW LLC<br>43 Danbury Road | By: */s/ Neil K. Gilman*<br>Neil K. Gilman (*pro hac vice*)<br>ngilman@hunton.com<br>HUNTON & WILLIAMS LLP |

Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

2200 Pennsylvania Avenue NW
Washington DC 20037-1701
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

By: */s/ Stephen Taylor*
Stephen Taylor (*pro hac vice*)
LEMBERG LAW LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Jason J. Kim
kimj@hunton.com
HUNTON & WILLIAMS LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

# CERTIFICATE OF SERVICE

This certifies that on March 25, 2016, a true and correct copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Central District of California using the CM/ECF system, which sent notice of such filing to the following parties:

Jason Jonathan Kim
Hunton and Williams LLP
550 South Hope Street Suite 2000
Los Angeles, CA 90071

Neil K Gilman
Hunton and Williams LLP
2200 Pennsylvania Avenue NW
Washington, DC 20006

*/s/ Stephen Taylor*
Stephen Taylor