Sergei Lemberg (*PHV*)
Stephen F Taylor (*PHV*)
LEMBERG LAW LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
T.203-653-2250
F.203-653-3424
Email: slemberg@lemberglaw.com
Email: staylor@lemberglaw.com

Trinette G. Kent (State Bar No. 222020)
LEMBERG LAW, LLC
1333 Stradella Road
Los Angeles, CA 90077
T.480-247-9644
F.480-717-4781
Email: tkent@lemberglaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Munday, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Navy Federal Credit Union,<br><br>Defendant. | CASE NO.: 8:15-cv-01629-JLS-KES<br><br>**NOTICE OF MOTION AND MOTION FOR (1) AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND (2) AN INCENTIVE AWARD TO THE NAMED PLAINTIFF**<br><br>Date: February 17, 2017<br>Time: 2:30 p.m.<br>Ctrm.: 10A<br><br>Complaint Filed: October 9, 2015 |

**NOTICE OF MOTION AND MOTION FOR (1) AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND (2) AN INCENTIVE AWARD TO THE NAMED PLAINTIFF**

# NOTICE OF MOTION AND MOTION

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on Friday, February 17, 2017, at 2:30 p.m., in Courtroom 10A of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701-4516, and, pursuant to Fed. R. Civ. P. 23(h) and the Class Action Settlement Agreement, Plaintiff Ronald Munday and Class Counsel will respectfully move this Court for an Order awarding attorneys' fees and expenses of $687,500.00 (one-quarter of the $2.75 million Settlement Fund) and for an incentive award to the Class Representative in the amount of $5,000.00.

In support, Plaintiff and Class Counsel submit the accompanying memorandum of law in support and the Declarations of Class Counsel Sergei Lemberg and Stephen F. Taylor.

For the reasons set forth in the accompanying memorandum, Plaintiff and Class Counsel respectfully request that the Court grant this motion and award the requested fees, expenses and incentive award.

Dated: January 4, 2017

          *For the Plaintiff*
By: */s/ Sergei Lemberg*
     Sergei Lemberg (*pro hac vce*)
     LEMBERG LAW LLC
     43 Danbury Road
     Wilton, CT 06897
     Telephone: (203) 653-2250
     Facsimile: (203) 653-3424

By: */s/ Stephen Taylor*
     Stephen Taylor (*pro hac vice*)
     LEMBERG LAW LLC
     43 Danbury Road
     Wilton, CT 06897
     Telephone: (203) 653-2250
     Facsimile: (203) 653-3424

**NOTICE OF MOTION AND MOTION FOR (1) AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND (2) AN INCENTIVE AWARD TO THE NAMED PLAINTIFF**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this, the 4th day of January 2017, a copy of the foregoing and accompanying memorandum and declarations was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to the following:

Jason Jonathan Kim
Hunton and Williams LLP
550 South Hope Street Suite 2000
Los Angeles, CA 90071

Neil K Gilman
Hunton and Williams LLP
2200 Pennsylvania Avenue NW
Washington, DC 20006

                                                */s/ Sergei Lemberg*
                                                Sergei Lemberg

**NOTICE OF MOTION AND MOTION FOR (1) AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND (2) AN INCENTIVE AWARD TO THE NAMED PLAINTIFF**