JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MUNDAY, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> NAVY FEDERAL CREDIT UNION, <br><br> Defendant. | Case No.: 8:15-cv-01629-JLS-KES <br><br> **JUDGMENT** |

# JUDGMENT

The Court has entered Final Approval of the Parties' Settlement Agreement. (Doc. 60). Accordingly, Plaintiff's and the Settlement Class Members' claims against Navy Federal Credit Union are hereby **DISMISSED WITH PREJUDICE**, and this Final Judgment shall issue consistent with Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

DATED: July 25, 2017

_____
Hon. Josephine L. Staton
United States District Judge

1
FINAL JUDGMENT